Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66998.—Empire Findings Co., Inc. *v.* United States, protests 60/21214, 60/24265, and 60/28989 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of percussion hammers similar in all material respects to those the subject of *Arthur Salm, Inc.* v. *United States* (46 Cust. Ct. 68, C.D. 2235), the claim of the plaintiff was sustained.

AUGUST 27, 1962

No. 66999.—APPEAL 5090.—Robert G. Lynch Co. *v.* United States.—

—C.D. 2272 affirmed April 11, 1962.   C.A.D. 799.

BEFORE THE SECOND DIVISION, SEPTEMBER 5, 1962

No. 67000.—Seedman International Corp. *v.* United States, protest 61/9138 (San Francisco).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.